## UNITED STATES *versus* CALL McALLISTER

JOURNAL ENTRIES (1822): *Journal 3:* (1) Plea of guilty, submitted *p. 317; (2) witness sworn *p. 326; (3) sentence *p. 377.
PAPERS IN FILE: (1) Indictment; (2) capias sur indictment and return.

## UNITED STATES *versus* JAMES HOMER

JOURNAL ENTRIES (1822): *Journal 3:* (1) Plea, counsel assigned *p. 317; (2) jury impaneled *p. 319; (3) witnesses sworn *p. 319; (4) verdict, jury polled, defendant discharged *p. 319; (5) witness fees claimed *p. 322.
PAPERS IN FILE: (1) Examination of James Dean; (2) examination of Anthony Beers and Elizabeth Beers; (3) recognizance of Anthony Beers and Elizabeth Beers as witnesses; (4) examination of Henry F. Hall; (5) recognizance of Henry F. Hall as a witness; (6) recognizance of James Dean as a witness; (7) indictment; (8) capias sur indictment; (9) recognizance of James Homer; (10) panel of jurors; (11) subpoena.